No. 280. PHILLIPS PETROLEUM Co. *v.* WISCONSIN ET AL.; and

No. 281. TEXAS ET AL. *v.* WISCONSIN ET AL. On petitions for rehearing and petitions for writs of certiorari to the United States Court of Appeals for the District of Columbia Circuit. Petitions for rehearing granted. The orders entered November 30, 1953, denying certiorari, 346 U. S. 896, are vacated and the petitions for writs of certiorari are granted. MR. JUSTICE BLACK dissents. The motion for leave to file brief of the Independent Petroleum Assn. et al., as *amici curiae,* is denied. *Rayburn L.*

*Foster, Harry D. Turner* and *Hugh B. Cox* for petitioner in No. 280. *John Ben Shepperd,* Attorney General, and *Charles E. Crenshaw,* Special Assistant Attorney General, for the State of Texas et al., *Mac Q. Williamson,* Attorney General, for the Corporation Commission of Oklahoma, and *Richard H. Robinson,* Attorney General, *George A. Graham,* Special Assistant Attorney General, and *L. C. White* for the State of New Mexico et al., petitioners in No. 281. A brief of *amici curiae* urging that the petitions be granted was filed on behalf of the States of Louisiana, by *Fred S. LeBlanc,* Attorney General; Colorado, by *Duke W. Dunbar,* Attorney General, and *Wilbur Rocchio,* Assistant Attorney General; Mississippi, by *J. P. Coleman,* Attorney General; North Dakota, by *E. T. Christianson,* Attorney General; Wyoming, by *Howard Black,* Attorney General; and the State Corporation Commission of Kansas, by *Jay Kyle,* General Counsel. Reported below: 92 U. S. App. D. C. 284, 205 F. 2d 706.